# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :          NO. 488
                                                :
ORDER AMENDING RULES 531 AND     :          CRIMINAL PROCEDURAL RULES
536 OF THE PENNSYLVANIA RULES OF :
CRIMINAL PROCEDURE                 :          DOCKET
                                                :
                                                :

## ORDER

**PER CURIAM**

 **AND NOW**, this 2nd day of May, 2017, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 46 Pa.B. 3935 (July 23, 2016) and a *Final Report* to be published with this **ORDER:**

 **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the amendments to Pennsylvania Rules of Criminal Procedure 531 and 536 are adopted, in the attached form.

 This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2017.

 Justice Donohue files a dissenting statement.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.